**Exhibit A to the Complaint**

**Location:** St. Petersburg, FL  **IP Address:** 70.127.221.226
**Total Works Infringed:** 29  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 42D042262B0B988B4AFD2252CCE7DAC705E12FF0<br>File Hash:<br>EC754E17A7E0CC2A27D26B3F2CAC2A9605374CA08594FD412512C4548BC1A2B4 | 05-09-2022<br>23:33:14 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 2 | Info Hash: E1391E342C6B59AC54ABCD9377BB53A4742C5E0F<br>File Hash:<br>752863E48849E434F6F0BA696990E1F09114CF786991ED51495700A4698BE422 | 05-09-2022<br>23:32:45 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 3 | Info Hash: 76254F2E6E895357257DB374839FB6B0D31EE525<br>File Hash:<br>3CC09759839BF770EEF7055DDCBF3949D46A0A36DF03F2D98650E0D7680D6E99 | 05-09-2022<br>23:17:45 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 4 | Info Hash: B0BAD8A8E83D733291438D29FB07D7ACC44F0A77<br>File Hash:<br>6696B9D95350440B05F8C6E71F65B0EB97287ABECDC9A7FFF3AE8079A5302298 | 04-27-2022<br>02:13:01 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 5 | Info Hash: 36AE7939C7E36E36FB353F65662F29DE45B5BAA8<br>File Hash:<br>2DE3EA8FE0CAEE49ED3A0F2A9CEA24B3CC19FCB1CBAB241D9127F64232465F23 | 04-27-2022<br>02:11:26 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 6 | Info Hash: 56A4EC37A57D365FFAB95B35B56675B31FA062FB<br>File Hash:<br>5CE529EF136E2553A49BD0DD8F2E34213EFB951789809D061DDD9AD3EB155FE9 | 04-27-2022<br>02:10:17 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 7 | Info Hash: 3D529E2397EE3802A5411B5D31C9A6C4B3D0DE19<br>File Hash:<br>C009FE4637E08734CB95874CE385D82F772091B39479EAF7042D53FC8796B9D2 | 04-27-2022<br>02:07:08 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 8 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash:<br>DA2409230A42FC45846820181027589052AE7C23274AA50393F3E49B9D372671 | 03-22-2022<br>01:43:00 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 9 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash:<br>8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 01-04-2022<br>05:42:00 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 10 | Info Hash: 449356B03EA74050731D7332F99FADAD3B47B49E<br>File Hash:<br>8984E23AB3904446CDABA23750ED4ACD96C86468801870000768B9391B85C1F5 | 01-04-2022<br>05:41:51 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 11 | Info Hash: 4A41E31921CCE84AFC828C9A42761B29A837B33C<br>File Hash:<br>9F840054476EFB0C93E7DAEBA2C037EE0A02295BA581413FE9BE6AC6B6550A69 | 01-04-2022<br>05:39:48 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 676C86EB1799F934A0A9336F2A4B78FFE58BDDBA<br>File Hash: 1D9507FD98887A21066C990724315E4541FD0854AD90E52C154F49C2BE67B6F6 | 11-09-2021 21:13:25 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 13 | Info Hash: 52B9D293E5C076E6B053806889E0AFA757E91870<br>File Hash: 12CE8AC0D3BB3367B2E53C845B205182D69632225A9EFC7E92D7D1DF0E9E8820 | 11-09-2021 21:10:40 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 14 | Info Hash: C33B3A3FB83FABA1347936E07185ACAC4012DD5C<br>File Hash: EFC126FCAABA73044C010718C1D4D5D4BAD0F598ADFB5DAB4AA13DE4109927CF | 11-09-2021 21:10:25 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 15 | Info Hash: BA7A1F5314DDD128DFFA59A89CE4616725771DB3<br>File Hash: D736154EDAFD7AE8968AE5AAE4A3980E686BB2AA3B0A618011D0469016A74ADE | 11-09-2021 21:08:14 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 16 | Info Hash: E345DF13F3C5122890D77D71C0B1FC3F864C61E4<br>File Hash: 7E5D85059CDA01ED162645ADD7C3A0C2017BB618D86974856809B982D989540C | 11-09-2021 21:02:25 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 17 | Info Hash: CF3E9CA103806038AE6E53BF5F80CFD5035EA0E7<br>File Hash: BA76A7FB4DD3D4C5FCFD8BD539AC282712CB8B14F8D9EB1E85C1D41DBA256E4F | 11-09-2021 20:58:30 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 18 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 06-22-2021 00:24:59 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 19 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-18-2021 02:37:58 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 20 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash: C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 04-18-2021 02:35:33 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 21 | Info Hash: 37421282F85B17E30318E8303DE6C569C81A9D7C<br>File Hash: BD36E73379371BF1A57C7E59A128B19A3C9593C11C67A2EB38A104F18DBFBA57 | 03-21-2021 21:46:45 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 22 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash: 832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 03-21-2021 21:46:44 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 23 | Info Hash: 86508BF6F6393C980EFDDA1779F3F66007ED9DB3<br>File Hash: D63A87EDF8E92FD700E6A3A94F933D64DC0CD6DFC9DAF34BD323D5B17CBCC92D | 03-21-2021 21:43:59 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 07B81AB10D2FBF5167F8BB0E4A33930DC1ADCF47<br>File Hash:<br>FE1411E9037347A3FE8D7659BD29D5CA30FA794FE9F2B985A7AF3A091FCF8FA8 | 11-17-2020 20:07:33 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 25 | Info Hash: 0A699E8DDCF38F52A506691FA48FF66EA86A15B4<br>File Hash:<br>45A5C9627F189D2582974B07D3278C696CDE2303599C7BBE1BDECE8D3AA56564 | 11-17-2020 20:05:01 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 26 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash:<br>5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 10-14-2020 20:29:00 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 27 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash:<br>919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 10-14-2020 20:26:15 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 28 | Info Hash: 0E83EC924FC2472D484EC5430E4274751FDCFB77<br>File Hash:<br>0976FE08AE6D88C925F1422B6AD566332E427CDB63C3A8A7FC89F8B10F38DFD5 | 10-14-2020 20:22:52 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 29 | Info Hash: 2665AECC29F2D50DD62093F42A9340F9909569F2<br>File Hash:<br>029FEAE102E533E666ECBE60343B612A4CC4639500FB7ADEAD141891D0734332 | 10-14-2020 20:22:25 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |