UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-1535

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 70.127.221.226, an individual,

    Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.[1]

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

---

[1] While Plaintiff does not believe that this case is related to any other copyright lawsuit filed by Plaintiff because the cases involve different copyright infringements, at different times, by different defendants, Plaintiff advises the Court that it has filed several copyright infringement lawsuits in this district and will provide the Court with a list of those other cases upon request should the Court view these cases as related.

1

| | |
|---|---|
| Dated: July 7, 2022 | Respectfully submitted, |

**SMGQ LAW**

By: /s/ *Rachel E. Walker*
Rachel E. Walker, Esq.
Florida Bar No.: 111802
1200 Brickell Ave, Suite 950
Miami, FL 33131
Tel.: 305-377-1000
Fax: 855-327-0391
Email: RWalker@smgqlaw.com
*Attorneys for Plaintiff*

**MAMONE VILLALON**

By:  /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
Yetian Wang, Esq.
Florida Bar No.: 1025778
100 SE 2nd St., Suite 2000
Miami, Florida, 33131
Tel: 786-209-2379
Tyler@mvlawpllc.com
Yetian@mvlawpllc.com
*Counsel for Plaintiff*