IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 8:22-cv-01535-TPB-CPT |
| JOHN DOE [USER] IDENTIFIED AS USING IP ADDRESS 70.127.221.226, | ) |
| Defendant. | ) |

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, JOHN DOE [USER] IDENTIFIED AS USING IP ADDRESS 70.127.221.226, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **N/A**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]: **N/A**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate,

---

[1] *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017); *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125-27 (1st Cir. 2011).

member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- **Defendant (Plaintiff has filed his name under seal)**
- **Cynthia Conlin, attorney for Defendant, and**
- **Cynthia Conlin, P.A**.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: **N/A**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: **None known at this time**

6. Identify each person arguably eligible for restitution: **N/A**

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

*Attorney for Defendant:*

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
1824 E Robinson Street
Orlando, FL 32803
Tel. 407-965-5519
Cynthia@conlinpa.com
Secondary Email for Service:
service@conlinpa.com